**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION**

| | |
|---|---|
| MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) Case No. 3:23-cv-960 DRL-MGCC |
| vs. | ) ) ) |
| WCEDWARDS4 INC DBA FAR EAST LOUNGE and TEDARUIES SHORTER, | ) ) ) |
| Defendants. | ) |

## AMENDED COMPLAINT FOR DECLARATORY JUDGMENT

Plaintiff Mesa Underwriters Specialty Insurance Company ("MUSIC") for its Amended Complaint for Declaratory Judgment against Defendants WCEDWARDS4 Inc dba Far East Lounge and Tedaruies Shorter seeking a declaration of the parties' rights and obligations under a contract of insurance.

## NATURE OF THE ACTION

1. This is a declaratory judgment action brought pursuant to 28 U.S.C. § 2201.

2. An actual and justiciable controversy exists between MUSIC and WCEDWARDS4 Inc dba Far East Lounge ("Far East Lounge"). This action will resolve a dispute as to whether a policy of insurance issued by MUSIC to Far East obligates MUSIC to defend or indemnify Far East in connection with the underlying lawsuits captioned *Billy Talton v. Gina's Far East Lounge,* Case No. 71C01-2309-CT-000478 (St. Joseph Superior Court, Indiana) ("Talton Lawsuit") and *Marquise Shorter v. Gina's Far East Lounge*, Case No. 71D06-2308-CT-000407 (St. Joseph Superior Court, Indiana) ("Marquise Shorter Lawsuit"); and a complaint-in-intervention filed by Tedaruies Shorter in the Marquis Shorter Lawsuit ("Tedaruies Shorter Lawsuit").

3. Far East is not entitled to coverage under the policy issued by MUSIC because coverage is excluded.

## PARTIES, JURISDICTION, VENUE

4. MUSIC is a corporation organized under the laws of New Jersey with its principal place of business in New Jersey. MUSIC is a citizen of New Jersey.

5. Far East is an Indiana corporation with its principal place of business in Indiana. Far East is a citizen of Indiana.

6. Tedaruies Shorter is an Indiana citizen because he is domiciled in Indiana.

7. The amount in controversy in this matter exceeds $75,000, exclusive of interest and costs.

8. Jurisdiction exists under 28 U.S.C. § 1332.  Plaintiff MUSIC is a citizen of New Jersey and the Defendants are both Indiana citizens. Therefore, complete diversity exists between the Plaintiff and the Defendants. The amount in controversy exceeds the jurisdictional minimum.

9. Venue is appropriate in this District under 28 U.S.C. §§ 1391(b)(1) and 1391(b)(2) because all Defendants reside in this District and/or the incident that gives rise to this dispute occurred in this District.

10. Tedaruies Shorter is named solely to the extent he is considered a necessary party to this declaratory judgment action and has been joined solely to be bound by the judgment rendered in this case.  No specific relief is sought against him.

## UNDERLYING CLAIMS

11. Far East operates a bar and lounge located at 55581 Ash Road, Osceola, Indiana 46561 ("Far East Lounge").

12. Marquise Shorter, Tedaruies Shorter and Billy Talton assert that they were at the Far East Lounge on May 6, 2023.

13. Marquise Shorter, Tedaruies Shorter and Billy Talton assert that they were injured during a shooting event on May 6, 2023 at the Far East Lounge.

14. On September 14, 2023, Billy Talton initiated a lawsuit against Far East captioned *Billy Talton v. Gina's Far East Lounge*, Case No. 71C01-2309-CT-000478 (St. Joseph Superior Court, Indiana) ("Talton Lawsuit"). A copy of the amended complaint, filed on February 7, 2024, is attached as **Exhibit 1**.

15. In the Talton Lawsuit, Billy Talton seeks damages for the injuries he allegedly received when he was allegedly shot on May 6, 2023.

16. On August 8, 2023, Marquise Shorter initiated a lawsuit against Far East captioned *Marquise Shorter v. Gina's Far East Lounge*, Case No. 71D06-2308-CT-000407 (St. Joseph Superior Court, Indiana) ("Marquise Shorter Lawsuit"). A copy of the amended complaint, filed on February 7, 2024, is attached as **Exhibit 2**.

17. In the Marquise Shorter Lawsuit, Marquise Shorter seeks damages for the injuries he allegedly received when he was allegedly shot on May 6, 2023.

18. On November 28, 2023, Tedaruies Shorter was granted leave to intervene as plaintiff in the Marquise Shorter Lawsuit.

19. On December 1, 2023, Tedaruies Shorter filed an amended complaint-in-intervention. A copy of the amended complaint-in-intervention is attached as **Exhibit 3.**

20. In the Tedaruies Shorter Lawsuit, Tedaruies Shorter seeks damages for the injuries he allegedly received when he was allegedly shot on May 6, 2023.

**THE MUSIC POLICY**

21. MUSIC issued general liability insurance coverage under policy number MP001300100163403 with effective dates of August 30, 2022 to August 30, 2023 to WCEDWARDS4 Inc dba Far East Lounge as the named insured ("Policy"). The Policy contains limits of liability of $1,000,000 each occurrence and $2,000,000 general aggregate, subject to a $500 per claim deductible for bodily injury liability. A copy of the Policy is attached as **Exhibit 4**.

22. The Policy contains the following Lethal Weapons exclusion:

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of or resulting from the possession, ownership, maintenance, use of or threatened use of a lethal weapon, including but not limited to firearms by any person.

23. The Policy also contains the following Assault or Battery exclusion:

**Assault or Battery Exclusion – Excluded Location Schedule**

*If no locations are specified below, the Assault or Battery Exclusion applies to ALL locations*

| Loc. # | Address |
|--------|---------|
|        |         |

**I.** This insurance does not apply to locations specified in the above Schedule for "bodily injury", "property damage", "personal and advertising injury", or medical payments under Coverage C, caused by, arising out of, resulting from, or in any way related to an "assault" or "battery" when that "assault" or "battery" is caused by, arising out of, or results from, in whole or in part from:

   A. The direct or indirect instigation, instruction or direction, by you, your employees, patrons or any other persons, or

   B. The failure to provide a safe environment including but not limited to the failure to provide adequate security, or to warn of the dangers of the environment, or

   C. The negligent employment, investigation, supervision, hiring, training or retention of any person, or

 D. Negligent, reckless, or wanton conduct by you, your employees, patrons or any other persons, or

 E. The use of force, whether excessive or not, to protect persons or property whether or not the "bodily injury", "property damage", or "personal and advertising injury" was intended from the standpoint of the insured or committed by or at the direction of any insured; or

 F. The failure to render or secure medical treatment or care necessitated by any "assault" or "battery".

 This exclusion applies to all locations if the above Excluded Location Schedule is left blank. Further, this exclusion also applies to all locations specified in the Limited Assault or Battery Coverage endorsement if also attached to the policy.

**II.** For the purpose of this endorsement only, Exclusion **a. Expected Or Intended Injury,** part of **SECTION I – COVERAGES**, **COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY,** is deleted and replaced by:

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured.

**III.** For the purpose of this endorsement only, the following definitions are added to **SECTION V – DEFINITIONS**

 A. "Assault" means any intentional act, or attempted act or threat to inflict injury to another including any conduct that would reasonably place another in apprehension of injury, including but not limited to physical injury, sexual abuse or harassment, intimidation, verbal abuse, and any threatened harmful or offensive contact between two or more persons.

 B. "Battery" means the intentional or reckless use of force including a physical altercation or dispute between persons, or offensive touching or sexual molestation against another, resulting in injury whether or not the actual injury inflicted is intended or expected. The use of force includes, but is not limited to the use of a weapon.

## COUNT I- DECLARATORY JUDGMENT

24. Far East Lounge has requested defense and/or indemnity coverage in relation to the Marquise Shorter Lawsuit, the Talton Lawsuit and the Tedaruies Shorter Lawsuit under the Policy.

25. The Policy does not provide coverage for the bodily injury claims that are the basis of the Marquise Shorter Lawsuit, the Talton Lawsuit and the Tedaruies Shorter

Lawsuit because the injuries and/or damages sought are barred from coverage by the Lethal Weapons Exclusion and the Assault or Battery Exclusion.

27. MUSIC is entitled to a declaration that it does have a duty to defend or indemnify Far East Lounge under the Policy in relation to the Marquise Shorter Lawsuit, the Talton Lawsuit and the Tedaruies Shorter Lawsuit.

### PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff Mesa Underwriters Specialty Insurance Company requests:

A. That this Court find and declare that MUSIC has no duty to defend or indemnify Far East Lounge in relation to the Marquise Shorter Lawsuit, the Talton Lawsuit and the Tedaruies Shorter Lawsuit;

B. That MUSIC be awarded its costs of suit; and

C. That this Court grant other and further relief as it deems proper under the evidence and circumstances.

Dated: March 21, 2023         Respectfully submitted:

                                      MESA UNDERWRITERS SPECIALTY
                                      INSURANCE COMPANY

                                      /s/   *Dennis M. Dolan*
                                           Dennis M. Dolan, One of Its Attorneys

Dennis M. Dolan (34423-45)
LITCHFIELD CAVO LLP
3235 45th Street, Suite 302
Highland, IN 46322-3285
(219) 301-2137
Dolan@LitchfieldCavo.com

## CERTIFICATE OF SERVICE

      I hereby certify that on March 21, 2024, the foregoing AMENDED COMPLAINT FOR DECLARATORY JUDGMENT was filed electronically and service of this filing will be made on all ECF registered counsel by operation of the court's electronic filing system.  Parties may access this filing through the court's system.

                                       /s/     *Dennis M. Dolan*